1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH L. STACHEL
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  JEFFREY CHEN, CSBN 260516
   Special Assistant United States Attorney
5       Social Security Administration
6       160 Spear Street, Suite 800
        San Francisco, CA  94105
7       Telephone: (415) 977-8939
        Facsimile: (415) 744-0134
8       Email: Jeffrey.Chen@ssa.gov
9  Attorneys for Defendant

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                           FRESNO DIVISION

13

14 SHOA ESHRAGHI,                      )  Civil No. 1:15-cv-00874-EPG
                                       )
15        Plaintiff,                   )  **STIPULATION AND ORDER FOR A**
                                       )  **FIRST EXTENSION OF TIME FOR**
16        v.                           )  **DEFENDANT TO FILE HER MOTION**
                                       )  **FOR SUMMARY JUDGMENT**
17 CAROLYN W. COLVIN,                  )
18 Acting Commissioner of Social Security, )
                                       )
19        Defendant.                   )
20 _____ )

21        IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

22 with the approval of the Court, that Defendant shall have a first extension of time of 30 days to

23 file her motion for summary judgment.  Defendant respectfully request this additional time

24 because of a very heavy workload including a pending Ninth Circuit brief that is expected to take

25 forty hours of time.

26

27

28 Stip. to Extend Def.'s MSJ

                                            1

The new due date for Defendant's motion for summary judgment will be Wednesday, March 30, 2016

                                    Respectfully submitted,

Date: *March 11, 2016*                LAW OFFICES OF LAWRENCE D. ROHLFING

                               By:   */s/ Monica Perales\**
                                        MONICA PERALES
                                        *\* By email authorization on March 11, 2016*
                                        Attorney for Plaintiff

Date: *March 11, 2016*                BENJAMIN B. WAGNER
                                        United States Attorney

                               By:   */s/ Jeffrey Chen*
                                        JEFFREY CHEN
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

## ORDER

Pursuant to the above stipulation (Doc. 19), Defendant's opposition/motion for summary judgment in response to Plaintiff's opening brief shall be filed no later than **March 30, 2016**. Any reply shall be filed within 15 days of Defendant's filing.

IT IS SO ORDERED.

    Dated:  **March 14, 2016**                        /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28