1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH LEE STACHEL
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
4  JEFFREY CHEN, CSBN 260516
   Special Assistant United States Attorney
5       Social Security Administration
        160 Spear Street, Suite 800
6       San Francisco, CA  94105
        Telephone: (415) 977-8939
7       Facsimile: (415) 744-0134
        Email: Jeffrey.Chen@ssa.gov
8  Attorneys for Defendant
9

10                       UNITED STATES DISTRICT COURT

11                       EASTERN DISTRICT OF CALIFORNIA

12                              FRESNO DIVISION

13
   SHOA ESHRAGHI,                  )   Civil No. 1:15-cv-00874-EPG
14                                 )
        Plaintiff,                 )   **STIPULATION AND ORDER FOR A**
15                                 )   **SECOND EXTENSION OF TIME FOR**
        v.                         )   **DEFENDANT TO FILE HER**
16                                 )   **OPPOSITION BRIEF**
17 CAROLYN W. COLVIN,              )
   Acting Commissioner of Social Security, )
18                                 )
19      Defendant.                 )
                                   )
20

21      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

22 with the approval of the Court, that Defendant shall have a second extension of time of 14 days

23 to file her motion for summary judgment.  After considering the issues raised in Plaintiff's MSJ,

24 Defendant respectfully requests this additional time to consult with the client regarding the

25 possibility of voluntary remand in lieu of further litigation.

26

27

28 Stip. to Extend Def.'s MSJ

                                          1

The new due date for Defendant's motion for summary judgment will be Wednesday, April 13, 2016

Respectfully submitted,

Date: <u>March 30, 2016</u>     LAW OFFICES OF LAWRENCE D. ROHLFING

By:  <u>*/s/ Lawrence Rohlfing\**</u>
LAWRENCE ROHLFING
*\* By phone authorization on March 30, 2016*
Attorney for Plaintiff

Date: <u>March 30, 2016</u>     BENJAMIN B. WAGNER
United States Attorney

By:  <u>*/s/ Jeffrey Chen*</u>
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

<u>ORDER</u>

Based on the above stipulation, and good cause appearing therein, the Court grants Defendant an extension of time to file her opposition to Plaintiff's opening brief. Defendant's opposition brief shall be filed no later than April 13, 2016. Plaintiff may file his reply brief no later than April 28, 2016.

IT IS SO ORDERED.

Dated:  **March 31, 2016**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2