BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SHOA ESHRAGHI, | Civil No. 1:15-cv-00874-EPG |
| Plaintiff, | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between Shoa Eshraghi (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision.  The Appeals Counsel will instruct the ALJ to evaluate Plaintiff's *past* relevant work prior to the time period adjudicated, whether any work after the

1

alleged onset date qualifies for consideration under the work incentives under the Act, and to determine what jobs exist, if any, for Plaintiff given his age, education, vocational factors and residual functional capacity.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: *April 13, 2016*     LAW OFFICES OF LAWRENCE D. ROHLFING

By:  */s/ Lawrence Rohlfing*  
     LAWRENCE ROHLFING  
     *\* By email authorization on April 12, 2016*  
     Attorney for Plaintiff

Date: *April 13, 2016*     BENJAMIN B. WAGNER  
                           United States Attorney

By:  */s/ Jeffrey Chen*  
     JEFFREY CHEN  
     Special Assistant United States Attorney  
     Attorneys for Defendant

2

ORDER

Based on the above stipulation, the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation. The Clerk of the Court is DIRECTED to enter final judgment in favor of Plaintiff Shoa Eshraghi and against Defendant Carolyn W. Colvin and to close this case.

IT IS SO ORDERED.

Dated:  **April 14, 2016**                     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE