# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOA ESHRAGHI,<br><br>                Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. 1:15-cv-00874-EPG<br><br>**ORDER REQUIRING DEFENDANT TO PROVIDE STATEMENT OF PAST-DUE BENEFITS AWARDED TO PLAINTIFF**<br><br>(ECF No. 28) |

      On December 18, 2018, Counsel for Plaintiff filed a motion for attorney fees pursuant to 42 U.S.C. § 406(b). In this motion, Plaintiff's counsel estimates the amount of past-due benefits awarded to Plaintiff at "approximately $8,000.00." (ECF No. 28 at 3; *see id.* at 5 ("Counsel calculates Eshraghi's past due benefits at $8,000.00 without COLA."). The motion includes copies of the Administrative Law Judge ("ALJ") "Notice of Decision—Fully Favorable"; the ALJ's written decision; the ALJ's order regarding the fee agreement between Plaintiff and her counsel; and a Social Security letter addressed to Plaintiff's counsel stating that monies have been withheld "from the past-due benefits payable to Shoallah Eshraghi" for payment of approved attorney fees. (ECF No. 28-3; 28-4.)

      However, none of these documents, nor any of the other document included with the motion, states the amount of past-due benefits awarded to Plaintiff, nor the amount of monies withheld for payment of approved attorney fees. (*See ibid.*)

1

Because the determination of whether the § 406(b) attorney fees requested by Plaintiff's counsel are authorized and reasonable depends in part on the amount of past-due benefits awarded, the Court will require Defendant to provide a statement of past-due benefits awarded to Plaintiff.

IT IS ORDERED that Defendant shall file, within **fourteen (14) days** of the date of this order, a statement of past-due benefits awarded to Plaintiff. Defendant may do so either through a separate statement of past-due benefits or through a response to the motion for attorney fees pursuant to § 406(b) in which Defendant includes a statement of past-due benefits awarded to Plaintiff.

IT IS SO ORDERED.

Dated: **January 31, 2019**

/s/ Eric P. Gros[illegible]
UNITED STATES MAGISTRATE JUDGE