# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOA ESHRAGHI,<br><br>  Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:15-cv-00874-EPG<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH COURT ORDER REQUIRING DEFENDANT TO PROVIDE STATEMENT OF PAST-DUE BENEFITS AWARDED TO PLAINTIFF**<br><br>(ECF No. 29) |

On February 1, 2019, the Court issued an order directing Defendant, Commissioner of Social Security, to file, within fourteen days, a statement of past-due benefits awarded to Plaintiff. (ECF No. 29.) More than fourteen days have passed, and Defendant has not provided the Court with the required statement of past-due benefits, nor has Defendant requested additional time to file a statement, or otherwise contacted the Court explaining why Defendant has not filed the statement. Accordingly, the Court orders Defendant to show cause why sanctions should not be issued for failure to comply with the Court's order.

IT IS ORDERED that no later than **February 28, 2019**, Defendant, Commissioner of Social Security, shall file a written response to this Order to Show Cause explaining why Defendant did not comply with the Court's February 1, 2019, order (ECF No. 29) requiring Defendant to file a statement of past-due benefits within fourteen days.

IT IS SO ORDERED.

Dated: **February 20, 2019**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE