# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOA ESHRAGHI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:15-cv-00874-EPG<br><br>**ORDER RE: RESPONSE TO ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH COURT ORDER AND GRANTING EXTENSION OF TIME**<br><br>(ECF Nos. 31, 33.) |

On February 20, 2019, the Court issued an order to show cause (ECF No. 31), requiring Defendant, Commissioner of Social Security, to show cause why sanctions should not be issued for Defendant's failure to comply with the Court's February 1, 2019, order requiring Defendant to file, within fourteen days, a statement of past-due benefits awarded to Plaintiff (ECF No. 30). Defendant has filed a response, apologizing for the failure to timely file the statement of past-due benefits or request an extension of time (ECF No. 32). Defendant also explains that additional time is needed to file a statement of past-due benefits and requests an additional twenty-one days to obtain and file the required information regarding the past-due benefits awarded to Plaintiff (ECF Nos. 32, 33).

In light of this explanation, the Court will discharge the order to show cause and finds good cause for and will grant the requested extension of time.

\\\

1

1   IT IS ORDERED that the order to show cause (ECF No. 31) is DISCHARGED, and
2   Defendant is granted an extension of time, to **March 22, 2019**, to file a statement of past-due
3   benefits.

IT IS SO ORDERED.

Dated:   **February 26, 2019**            /s/ *Erica P. Grosjean*
                                          UNITED STATES MAGISTRATE JUDGE